B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mysiewicz, Mark L** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Mysiewicz, Rosemary K** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5285** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9757** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2838 W. Eastwood Ave.**<br>**Chicago, IL**                    ZIP Code **60625** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2838 W. Eastwood Ave.**<br>**Chicago, IL**                    ZIP Code **60625** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>■ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(4/10)**                                                                                      **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mysiewicz, Mark L** <br> **Mysiewicz, Rosemary K** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | **X  /s/ Nancy Jill Cox                           April 16, 2010** <br> Signature of Attorney for Debtor(s)              (Date) <br> **Nancy Jill Cox** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐  Yes, and Exhibit C is attached and made a part of this petition. <br> ■  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br> ■  Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br> ■  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br> _____ <br> (Name of landlord that obtained judgment) <br><br><br><br> _____ <br> (Address of landlord) <br><br> ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                     Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Mysiewicz, Mark L** |
| **Mysiewicz, Rosemary K** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Mark L Mysiewicz**
Signature of Debtor  **Mark L Mysiewicz**

**X  /s/ Rosemary K Mysiewicz**
Signature of Joint Debtor **Rosemary K Mysiewicz**

Telephone Number (If not represented by attorney)

**April 16, 2010**
Date

### Signature of Attorney*

**X  /s/ Nancy Jill Cox**
Signature of Attorney for Debtor(s)

**Nancy Jill Cox 6279033**
Printed Name of Attorney for Debtor(s)

**Law Offices of Nancy Jill Cox, LLC**
Firm Name

**One South Dearborn, Ste. 2100**
**Chicago, IL 60603**
Address

**Email: attorneycox@gmail.com**
**312-212-4355  Fax: 312-212-4401**
Telephone Number

**April 16, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Mark L Mysiewicz**
**Rosemary K Mysiewicz**

Case No. _____

Debtor(s)     Chapter    **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                  Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Mark L Mysiewicz**
                        **Mark L Mysiewicz**

Date:    **April 16, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Mark L Mysiewicz**
**Rosemary K Mysiewicz**
_____
Debtor(s)

Case No. _____

Chapter   **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                      Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable
statement.] [Must be accompanied by a motion for determination by the court.]*
       ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or
mental deficiency so as to be incapable of realizing and making rational decisions with respect to
financial responsibilities.);
       ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being
unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or
through the Internet.);
       ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling
requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Rosemary K Mysiewicz**
                         **Rosemary K Mysiewicz**
Date:   **April 16, 2010**

B6D (Official Form 6D) (12/07)

In re   **Mark L Mysiewicz,**                                                        Case No. _____
   **Rosemary K Mysiewicz**
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0900**<br><br>**Chase**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85062-8420** | | J | **1/2008**<br>**First Mortgage**<br>**1800 sq ft 3 bedroom, 2.5 bathroom SFR with detached 2.5 car garage.**<br>**Monthly payment $4,167.74 No Arrearages Current Zillow Valuation: $392,500.00**<br>**Location: 2838 W. Eastwood Avenue** | | | | | |
| | | | Value $                    **392,500.00** | | | | **508,794.56** | **116,294.56** |
| Account No. **xxxxxx4431**<br><br>**Harris N.A.**<br>**P.O. Box 6201**<br>**Carol Stream, IL 60197-6201** | | J | **4/2008**<br>**Second Mortgage**<br>**1800 sq ft 3 bedroom, 2.5 bathroom SFR with detached 2.5 car garage.**<br>**Monthly payment $4,167.74 No Arrearages Current Zillow Valuation: $392,500.00**<br>**Location: 2838 W. Eastwood Avenue** | | | | | |
| | | | Value $                    **392,500.00** | | | | **120,657.91** | **120,657.91** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**  continuation sheets attached | Subtotal<br>(Total of this page) | **629,452.47** | **236,952.47** |
| | Total<br>(Report on Summary of Schedules) | **629,452.47** | **236,952.47** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re    **Mark L Mysiewicz,**
      **Rosemary K Mysiewicz**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx-1007**<br><br>**American Education Svcs/Nct**<br>**1200 N. 7th Street**<br>**Harrisburg, PA 17102** | | J | **STUDENT LOAN** | | | | **11,829.00** |
| Account No. **xxxxxxxxxx1007**<br><br>**American Education Svcs/Nct**<br>**1200 N. 7th Street**<br>**Harrisburg, PA 17102** | | J | **STUDENT LOAN** | | | | **20,062.00** |
| Account No. **xxxxxxxxxx1008**<br><br>**American Education Svcs/Nct**<br>**1200 N. 7th Street**<br>**Harrisburg, PA 17102** | | J | **STUDENT LOAN** | | | | **19,461.00** |
| Account No. **xxxxxxxxxx1001**<br><br>**American Education Svcs/Nct**<br>**1200 N. 7th Street**<br>**Harrisburg, PA 17102** | | J | **STUDENT LOAN** | | | | **10,323.00** |

__5__ continuation sheets attached

Subtotal
(Total of this page)

**61,675.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Mark L Mysiewicz,**
**Rosemary K Mysiewicz**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxx1002** | | | J | **STUDENT LOAN** | | | | |
| American Education Svcs/Nct 1200 N. 7th Street Harrisburg, PA 17102 | | | | | | | | 10,520.00 |
| Account No. **xxxxxxxxx1003** | | | J | **STUDENT LOAN** | | | | |
| American Education Svcs/Nct 1200 N. 7th Street Harrisburg, PA 17102 | | | | | | | | 12,891.00 |
| Account No. **xxxxxxxxx1004** | | | J | **STUDENT LOAN** | | | | |
| American Education Svcs/Nct 1200 N. 7th Street Harrisburg, PA 17102 | | | | | | | | 12,585.00 |
| Account No. **xxxxxxxxx1005** | | | J | **STUDENT LOAN** | | | | |
| American Education Svcs/Nct 1200 N. 7th Street Harrisburg, PA 17102 | | | | | | | | 11,918.00 |
| Account No. **xxxxxxxxx1006** | | | J | **STUDENT LOAN** | | | | |
| American Education Svcs/Nct 1200 N. 7th Street Harrisburg, PA 17102 | | | | | | | | 19,407.00 |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

67,321.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mark L Mysiewicz,**
         **Rosemary K Mysiewicz**                                              Case No. _____
                                                                   ,
                                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx1077**<br><br>**American Education Svcs/Nct**<br>**1200 N. 7th Street**<br>**Harrisburg, PA 17102** | | J | STUDENT LOAN | | | | 13,643.00 |
| Account No. **xxxxxxxxx1008**<br><br>**American Education Svcs/Nct**<br>**1200 N. 7th Street**<br>**Harrisburg, PA 17102** | | J | STUDENT LOAN | | | | 18,055.00 |
| Account No. **xxxxxxxxx1009**<br><br>**American Education Svcs/Nct**<br>**1200 N. 7th Street**<br>**Harrisburg, PA 17102** | | J | STUDENT LOAN | | | | 16,750.00 |
| Account No. **xxxxxxxxx1010**<br><br>**American Education Svcs/Nct**<br>**1200 N. 7th Street**<br>**Harrisburg, PA 17102** | | J | STUDENT LOAN | | | | 16,264.00 |
| Account No. **xxxxxxxxx1003**<br><br>**American Education Svcs/Nct**<br>**1200 N. 7th Street**<br>**Harrisburg, PA 17102** | | J | STUDENT LOAN | | | | 15,575.00 |

Sheet no. __2__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

80,287.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mark L Mysiewicz,**
         **Rosemary K Mysiewicz**
                                                                    ,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx1004** <br><br> **American Education Svcs/Nct** <br> **1200 N. 7th Street** <br> **Harrisburg, PA 17102** | | J | **STUDENT LOAN** | | | | 20,676.00 |
| Account No. **xxxxxxxxx1005** <br><br> **American Education Svcs/Nct** <br> **1200 N. 7th Street** <br> **Harrisburg, PA 17102** | | J | **STUDENT LOAN** | | | | 17,134.00 |
| Account No. **xxxxxxxxx1006** <br><br> **American Education Svcs/Nct** <br> **1200 N. 7th Street** <br> **Harrisburg, PA 17102** | | J | **STUDENT LOAN** | | | | 22,310.00 |
| Account No. **xxxxxxxxx1001** <br><br> **American Education Svcs/Nct** <br> **1200 N. 7th Street** <br> **Harrisburg, PA 17102** | | J | **STUDENT LOAN** | | | | 10,119.00 |
| Account No. **xxxx-xxxxx-x4005** <br><br> **AMERICAN EXPRESS** <br> **BOX 0001** <br> **Los Angeles, CA 90096-8000** | | W | **Credit card use** | | | | 24,259.62 |

Sheet no. __3__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

94,498.62

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mark L Mysiewicz,**                                                    Case No. _____
         **Rosemary K Mysiewicz**
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxxx-x1004** | | | Credit card use | | | | |
| **AMERICAN EXPRESS** **BOX 0001** **Los Angeles, CA 90096-8000** | | W | | | | | 13,382.21 |
| Account No. **xxxx-xxxx-xxxx-0663** | | | Credit card use | | | | |
| **BP/AMOCO CARD** **P O BOX15153** **Wilmington, DE 19886-5153** | | W | | | | | 1,023.39 |
| Account No. **xxxx-xxxx-xxxx-7492** | | | Credit card use | | | | |
| **CITI CARDS/CITIBANK** **P O BOX 688901** **Des Moines, IA 50368-8901** | | W | | | | | 23,833.36 |
| Account No. **xxxx-xxxx-xxxx-8985** | | | Credit card use | | | | |
| **CITICARD** **P O BOX 6000** **The Lakes, NV 89163-6000** | | H | | | | | 8,218.33 |
| Account No. **xxxx-xxxx-xxxx3133** | | | Credit card use | | | | |
| **FIRST NATIONAL BANK OMAHA** **P O BOX 2657** **Omaha, NE 68103-2557** | | J | | | | | 6,187.22 |

Sheet no. __4__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                52,644.51

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mark L Mysiewicz,**
       **Rosemary K Mysiewicz**                                              Case No. _____
                                                            ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx052-1** | | | **STUDENT LOAN** | | | | |
| Sallie Mae P O BOX 9500 Wilkes Barre, PA 18773 | | J | | | | | 16,176.00 |
| Account No. **xxxxx3702** | | | **Credit card use** | | | | |
| SHELL/CITIBANK SD P O BOX 183018 Columbus, OH 43218-3018 | | W | | | | | 924.81 |
| Account No. **xxxxxx1422** | | | **STUDENT LOAN** | | | | |
| WM D FORD FEDERAL DIRECT LOAN PROGR P O  BOX 5609 Greenville, TX 75403-5609 | | J | | | | | 14,900.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 32,000.81 |
| Total (Report on Summary of Schedules) | 388,426.94 |

```
American Education Svcs/Nct
1200 N. 7th Street
Harrisburg, PA 17102


American Education Svcs/Nct
1200 N. 7th Street
Harrisburg, PA 17102


American Education Svcs/Nct
1200 N. 7th Street
Harrisburg, PA 17102


American Education Svcs/Nct
1200 N. 7th Street
Harrisburg, PA 17102


American Education Svcs/Nct
1200 N. 7th Street
Harrisburg, PA 17102


American Education Svcs/Nct
1200 N. 7th Street
Harrisburg, PA 17102


American Education Svcs/Nct
1200 N. 7th Street
Harrisburg, PA 17102


American Education Svcs/Nct
1200 N. 7th Street
Harrisburg, PA 17102


American Education Svcs/Nct
1200 N. 7th Street
Harrisburg, PA 17102


American Education Svcs/Nct
1200 N. 7th Street
Harrisburg, PA 17102


American Education Svcs/Nct
1200 N. 7th Street
Harrisburg, PA 17102
```

American Education Svcs/Nct
1200 N. 7th Street
Harrisburg, PA 17102


American Education Svcs/Nct
1200 N. 7th Street
Harrisburg, PA 17102


American Education Svcs/Nct
1200 N. 7th Street
Harrisburg, PA 17102


American Education Svcs/Nct
1200 N. 7th Street
Harrisburg, PA 17102


American Education Svcs/Nct
1200 N. 7th Street
Harrisburg, PA 17102


American Education Svcs/Nct
1200 N. 7th Street
Harrisburg, PA 17102


American Education Svcs/Nct
1200 N. 7th Street
Harrisburg, PA 17102


AMERICAN EXPRESS
P.O.BOX 981537
El Paso, TX 79998


AMERICAN EXPRESS
P.O.BOX 981537
El Paso, TX 79998


AMERICAN EXPRESS
P.O.BOX 981537
El Paso, TX 79998


AMERICAN EXPRESS
BOX 0001
Los Angeles, CA 90096-8000

AMERICAN EXPRESS
BOX 0001
Los Angeles, CA 90096-8000


American Express
P.O. BOX 981537
El Paso, TX 79998


AXA EQUITABLE
P O. BOX 1047
Charlotte, NC 28201-1047


Bank of America
P.O. BOX 17054
Wilmington, DE 19850


BP/AMOCO CARD
P O BOX15153
Wilmington, DE 19886-5153


Broadview Security, Inc.
8880 Esters Blvd
Irving, TX 75063


CARSON PIRIE SCOTT/HSBC
P.O. BOX 15521
Wilmington, DE 19805


CARSONS
140 W INDUSTRIAL DR
Elmhurst, IL 60126


CERTEGY CHECK SERVICES, INC
P O BOX 30046
Tampa, FL 33630


Chase
P.O. Box 78420
Phoenix, AZ 85062-8420


CHASE
10790 RANCHO BERNARDO RD
San Diego, CA 92127

CHASE
P.O. BOX 901008
Fort Worth, TX 76101


CHASE BANK USA
800 BROOKSSEDGE BLVD
Westerville, OH 43081


CHEXSYSTEMS
7805 HUDSON ROAD, SUITE 100
WOODBURY, MN 55125


CITI CARDS/CITIBANK
P O BOX 688901
Des Moines, IA 50368-8901


CITI CARDS/CITIBANK
P.O. BOX 6241
Sioux Falls, SD 57117


CITIBANK/CITGO
P.O. BOX 6497
Sioux Falls, SD 57117


CITICARD
P O BOX 6000
The Lakes, NV 89163-6000


Comcast
4851 N. Milwaukee
Chicago, IL 60630


DISCOVER FINANCIAL SVCS/LLC
P.O. BOX 15316
Wilmington, DE 19850


EMPIRE FUNDING GROUP
2100 ROSS AVE STE. 870
Dallas, TX 75201


EQUIFAX
P O BOX 740241
Atlanta, GA 30374-0241

```
EXPERIAN
701 EXPERIAN WAY
P O BOX 2002
Allen, TX 75013


EXPERIAN
701 EXPERIAN WAY
P O BOX 2104
Allen, TX 75013


FIRST NATIONAL BANK OMAHA
P O BOX 2657
Omaha, NE 68103-2557


FIRST TENNESSEE BANK
P.O. BOX 84
Memphis, TN 38101


GE CAPITAL/WALMART
P.O. BOX 981400
El Paso, TX 79998


GEMB/MENS WEARHOUSE
P.O. BOX 981400
El Paso, TX 79998


GMAC
P.O. BOX 380901
BLOOMINGTON, MN 55438


Harris N.A.
P.O. Box 6201
Carol Stream, IL 60197-6201


HARRIS NA
P.O. BOX 94034
Palatine, IL 60094


HYUNDAI MOTOR FINANCE
10550 TALBERT AVE
Fountain Valley, CA 92708


INNOVIS
P O BOX 1358
Columbus, OH 43216-1358
```

LANE BRYANT RETAIL
450 WINKS LN
Bensalem, PA 19020


MACYS/MARSHALL FIELDS
P.O. BOX 9475
Minneapolis, MN 55440


METLIFE HOME LOAN
4000 HORIZON WAY
Irving, TX 75063


PREMIER CREDIT UNION
1212 W NORTHWEST HWY STE 1212
Palatine, IL 60067


Sallie Mae
P O BOX 9500
Wilkes Barre, PA 18773


SEARS/CITIBANK
P.O. BOX 6189
Sioux Falls, SD 57117


SHELL CARD CENTER
P O BOX 689151
Des Moines, IA 50368-9151


SHELL/CITIBANK SD
P O BOX 183018
Columbus, OH 43218-3018


SHELL/CITIBANK SD
P.O. BOX 6497
Sioux Falls, SD 57117


SOVEREIGN BANK
865 BROOK ST
Rocky Hill, CT 06067


TELETRACK, INC.
5550-A PEACHTREE PARKWAY, STE. 600
Norcross, GA 30092

```
TRANS UNION
P O BOX 2000
CHESTER, PA 19022


TRANS UNION
2 BALDWIN PLACE
P O BOX 1000
CHESTER, PA 19022


TRANS UNION
P O BOX 2000
CHESTER, PA 19022


Verizon
777 Big Timber Road
Elgin, IL 60123


WFNNB/LANE BRYANT
4590 E BROAD ST
Columbus, OH 43213


WM D FORD FEDERAL DIRECT LOAN PROGR
P O  BOX 5609
Greenville, TX 75403-5609
```

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:
     **Mark L Mysiewicz**
     **Rosemary K Mysiewicz**

     Debtor(s)

)  Chapter **13**
)  Bankruptcy Case No.
)
)
)

### DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER    Date: **March 27, 2010**
A.   To be completed in all cases.

I(We) **Mark L Mysiewicz** and **Rosemary K Mysiewicz**, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, and Application for Waiver of the Chapter 7 Filing Fee, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B.   To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

☐   I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C.   To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☐   I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _____
**Mark L Mysiewicz**
(Debtor or Corporate Officer, Partner or Member)

Signature
**Rosemary K Mysiewicz**
(Joint Debtor)