B6A (Official Form 6A) (12/07)

In re **Mark L Mysiewicz,**
     **Rosemary K Mysiewicz**,
Debtors

Case No. **10-16941**

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1800 sq ft 3 bedroom, 2.5 bathroom SFR with detached 2.5 car garage.** <br> **Monthly payment $4,167.74 No Arrearages Current** <br> **Zillow Valuation: $392,500.00** <br> **Location: 2838 W. Eastwood Avenue Chicago IL 60625** <br> **Parcel #:13133330160000** | **Joint tenant** | **J** | **392,500.00** | **629,452.47** |
| | | Sub-Total > | **392,500.00** | (Total of this page) |
| | | Total > | **392,500.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

**B6B (Official Form 6B) (12/07)**

In re  **Mark L Mysiewicz,**
       **Rosemary K Mysiewicz**
,
                                                                Debtors

Case No. **10-16941**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand at Time of Filing: $50.00** | J | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JP Morgan Chase Checking**<br>**Acct: XXXXXXXXXX0105**<br>**Bal $4,168.80**<br>**Location: 2838 W. Eastwood Ave., Chicago IL 60625** | J | 4,168.80 |
| | | **Chase Plus Savings**<br>**Acct: xxxxxxxxxx3311**<br>**Bal: $1,532.16**<br>**Location: 2838 W. Eastwood Ave., Chicago IL 60625**<br>**Acct Names: Rosemary Mysiewicz/Samantha Mysiewicz (Daughter of Debtor)** | J | 1,532.16 |
| | | **Chase Premiere Checking**<br>**Acct: xxxxxxxxxx8831**<br>**Bal: $209.32**<br>**Location: 2838 W. Eastwood Ave., Chicago IL 60625**<br>**Acct Names: Rosemary Mysiewicz/Samantha Mysiewicz (Daughter of Debtor)** | J | 209.32 |
| | | **Chase Premiere Checking**<br>**Acct: # xxxxxxxxxx3451**<br>**Balance: $116.00**<br>**Acct Names: Rosemary Mysiewicz/Samantha Mysiewicz (Daughter of Debtor)**<br>**Location: 2838 W. Eastwood Ave., Chicago IL 60625** | W | 116.00 |
| | | **Premier Credit Union Draft Checking Acct.**<br>**Acct: 341005-10**<br>**Bal: $290.58**<br>**Location: 2838 W. Eastwood Ave., Chicago, IL 60625** | W | 290.00 |
| | | **Premier Credit Union Savings Acct**<br>**Acct: 341005-00**<br>**Bal: $349.38** | W | 349.38 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

Sub-Total >    **6,715.66**
(Total of this page)

__4__ continuation sheets attached to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re **Mark L Mysiewicz,**
**Rosemary K Mysiewicz**,
Debtors

Case No. __**10-16941**__

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Sofa Value: $100.00** | J | 100.00 |
| | | **LCD Television #1 Value: $300.00** | J | 300.00 |
| | | **CRT Television #2 Value: $60.00** | J | 60.00 |
| | | **CRT Television #3 Value:$20.00** | J | 20.00 |
| | | **CRT Television #4 Value: $10.00** | J | 10.00 |
| | | **Entertainment Center Value: 75.00** | J | 75.00 |
| | | **DVD Player Value:$10.00** | J | 10.00 |
| | | **Personal Computer Value: $75.00** | J | 75.00 |
| | | **Stereo Value $100.00** | J | 100.00 |
| | | **End Table Value: $30.00** | J | 30.00 |
| | | **Kitchen Table/Chairs Value: $80.00** | J | 80.00 |
| | | **Dining Room Table and Chairs Value $150.00** | J | 150.00 |
| | | **China Cabinet Value: $50.00** | J | 50.00 |
| | | **Refrigerator Value: $75.00** | J | 75.00 |
| | | **Freezer Value $25.00** | J | 25.00 |
| | | **Stove Value: $50.00** | J | 50.00 |
| | | **Microwave Oven Value: $20.00** | J | 20.00 |
| | | **Dishwasher Value: $35.00** | J | 35.00 |
| | | **Washing Machine Value: $50.00** | J | 50.00 |
| | | **Clothes Dryer Value: $50.00** | J | 50.00 |
| | | **Dishes Value: $35.00** | J | 35.00 |
| | | **Pots, Pans, Cookware Value: $25.00** | J | 25.00 |
| | | **Bed #1 Value: $40.00** | J | 40.00 |
| | | **Bed #2 Value: $40.00** | J | 40.00 |

Sub-Total >    **1,505.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **Mark L Mysiewicz,** Case No. __**10-16941**__
        **Rosemary K Mysiewicz**
,
Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Bed #3 Value: $40.00** | **J** | **40.00** |
| | | **Dresser Value: $100.00** | **J** | **100.00** |
| | | **Lamps Value: $10.00** | **J** | **10.00** |
| | | **Telephone Value: $10.00** | **J** | **10.00** |
| | | **Cellular Telephone Value: $20.00** | **J** | **20.00** |
| | | **Yard Landscaping Tools Value: $15.00** | **J** | **15.00** |
| | | **DVD's Value: $15.00** | **J** | **15.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **X** | | | |
| 6. Wearing apparel. | | **Adult Clothing #1 Value: $84.00** | **J** | **84.00** |
| | | **Adult Clothing #2 Value: $83.00** | **J** | **83.00** |
| | | **Adult Clothing #3 Value: $83.00** | **J** | **83.00** |
| 7. Furs and jewelry. | | **Wedding Rings; Watches; Costume Jewelry Value: $160.00** | **J** | **160.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Camera Value: $20.00** | **J** | **20.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance Axa Equitable Death Benefit $100,000.00** | **W** | **0.00** |
| 10. Annuities. Itemize and name each issuer. | **X** | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | **X** | | | |

Sub-Total >    **640.00**
(Total of this page)

Sheet __**2**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.  5/07/10 11:47AM

In re **Mark L Mysiewicz,**
**Rosemary K Mysiewicz**,
Debtors

Case No. **10-16941**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Mutual of Omaha 401K Husband - Value: $6,483.45** | H | 6,483.45 |
| | | **Teachers Retirement Account Value: $124,750.00** | W | 124,750.00 |
| | | **American Funds IRA Value: $31,976.18** | H | 31,976.18 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

Sub-Total >   **163,209.63**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re   **Mark L Mysiewicz,**
        **Rosemary K Mysiewicz**
                                                                                   Case No.   **10-16941**
                                                        ,
                                                     Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 BMW 323CI; KBB VALUE: $5,735.00**<br>**Vehicle Owned Free and Clear** | J | 5,735.00 |
| | | **2001 BUICK CENTURY CUSTOM KBB VALUE: $1,830.00**<br>**Vehicle Owned Free and Clear** | J | 1,830.00 |
| | | **2004 HYUNDAI ACCENT GL KBB VALUE: $2,625.00**<br>**Vehile Owned Free and Clear** | J | 2,625.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **1 Dog Value: $25.00** | J | 25.00 |
| | | **1 Cat Value: $25.00** | J | 25.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **2009 Income Tax Refund: $19,949.00** | J | 19,949.00 |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 30,189.00 |
| Total > | 202,259.29 |

Sheet   **4**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**B6C (Official Form 6C) (4/10)**

In re **Mark L Mysiewicz,**
      **Rosemary K Mysiewicz** ,
                        Debtors

Case No. **10-16941**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property**<br>1800 sq ft 3 bedroom, 2.5 bathroom SFR with detached 2.5 car garage.<br>Monthly payment $4,167.74 No Arrearages<br>Current Zillow Valuation: $392,500.00<br>Location: 2838 W. Eastwood Avenue Chicago IL 60625<br>Parcel #:13133330160000 | 735 ILCS 5/12-901 | 0.00 | 392,500.00 |
| **Cash on Hand**<br>Cash on Hand at Time of Filing: $50.00 | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>JP Morgan Chase Checking<br>Acct: XXXXXXXXXXX0105<br>Bal $4,168.80<br>Location: 2838 W. Eastwood Ave., Chicago IL 60625 | 11 U.S.C. § 522(d)(5) | 4,168.80 | 4,168.80 |
| Chase Plus Savings<br>Acct: xxxxxxxxxxx3311<br>Bal: $1,532.16<br>Location: 2838 W. Eastwood Ave., Chicago IL 60625<br>Acct Names: Rosemary Mysiewicz/Samantha Mysiewicz (Daughter of Debtor) | 11 U.S.C. § 522(d)(5) | 1,532.16 | 1,532.16 |
| Chase Premiere Checking<br>Acct: xxxxxxxxxxx8831<br>Bal: $209.32<br>Location: 2838 W. Eastwood Ave., Chicago IL 60625<br>Acct Names: Rosemary Mysiewicz/Samantha Mysiewicz (Daughter of Debtor) | 11 U.S.C. § 522(d)(5) | 209.32 | 209.32 |
| Chase Premiere Checking<br>Acct: # xxxxxxxxxxx3451<br>Balance: $116.00<br>Acct Names: Rosemary Mysiewicz/Samantha Mysiewicz (Daughter of Debtor)<br>Location: 2838 W. Eastwood Ave., Chicago IL 60625 | 11 U.S.C. § 522(d)(5) | 116.00 | 116.00 |
| Premier Credit Union Draft Checking Acct.<br>Acct: 341005-10<br>Bal: $290.58<br>Location: 2838 W. Eastwood Ave., Chicago, IL 60625 | 11 U.S.C. § 522(d)(1) | 290.00 | 290.00 |
| Premier Credit Union Savings Acct<br>Acct: 341005-00<br>Bal: $349.38 | 11 U.S.C. § 522(d)(1) | 349.38 | 349.38 |

___2___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re   **Mark L Mysiewicz,**
**Rosemary K Mysiewicz**, 
Debtors

Case No. __**10-16941**__

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Sofa Value: $100.00** | **11 U.S.C. § 522(d)(3)** | **100.00** | **100.00** |
| **LCD Television #1 Value: $300.00** | **11 U.S.C. § 522(d)(3)** | **300.00** | **300.00** |
| **CRT Television #2 Value: $60.00** | **11 U.S.C. § 522(d)(3)** | **60.00** | **60.00** |
| **CRT Television #3 Value:$20.00** | **11 U.S.C. § 522(d)(3)** | **20.00** | **20.00** |
| **CRT Television #4 Value: $10.00** | **11 U.S.C. § 522(d)(3)** | **10.00** | **10.00** |
| **Entertainment Center Value: 75.00** | **11 U.S.C. § 522(d)(3)** | **75.00** | **75.00** |
| **DVD Player Value:$10.00** | **11 U.S.C. § 522(d)(3)** | **10.00** | **10.00** |
| **Personal Computer Value: $75.00** | **11 U.S.C. § 522(d)(3)** | **75.00** | **75.00** |
| **Stereo Value $100.00** | **11 U.S.C. § 522(d)(3)** | **100.00** | **100.00** |
| **End Table Value: $30.00** | **11 U.S.C. § 522(d)(3)** | **30.00** | **30.00** |
| **Kitchen Table/Chairs Value: $80.00** | **11 U.S.C. § 522(d)(3)** | **80.00** | **80.00** |
| **Dining Room Table and Chairs Value $150.00** | **11 U.S.C. § 522(d)(3)** | **150.00** | **150.00** |
| **China Cabinet Value: $50.00** | **11 U.S.C. § 522(d)(3)** | **50.00** | **50.00** |
| **Refrigerator Value: $75.00** | **11 U.S.C. § 522(d)(3)** | **75.00** | **75.00** |
| **Freezer Value $25.00** | **11 U.S.C. § 522(d)(3)** | **25.00** | **25.00** |
| **Stove Value: $50.00** | **11 U.S.C. § 522(d)(3)** | **50.00** | **50.00** |
| **Microwave Oven Value: $20.00** | **11 U.S.C. § 522(d)(3)** | **20.00** | **20.00** |
| **Dishwasher Value: $35.00** | **11 U.S.C. § 522(d)(3)** | **35.00** | **35.00** |
| **Washing Machine Value: $50.00** | **11 U.S.C. § 522(d)(3)** | **50.00** | **50.00** |
| **Clothes Dryer Value: $50.00** | **11 U.S.C. § 522(d)(3)** | **50.00** | **50.00** |
| **Dishes Value: $35.00** | **11 U.S.C. § 522(d)(3)** | **35.00** | **35.00** |
| **Pots, Pans, Cookware Value: $25.00** | **11 U.S.C. § 522(d)(3)** | **25.00** | **25.00** |
| **Bed #1 Value: $40.00** | **11 U.S.C. § 522(d)(3)** | **40.00** | **40.00** |
| **Bed #2 Value: $40.00** | **11 U.S.C. § 522(d)(3)** | **40.00** | **40.00** |
| **Bed #3 Value: $40.00** | **11 U.S.C. § 522(d)(3)** | **40.00** | **40.00** |
| **Dresser Value: $100.00** | **11 U.S.C. § 522(d)(3)** | **100.00** | **100.00** |
| **Lamps Value: $10.00** | **11 U.S.C. § 522(d)(3)** | **10.00** | **10.00** |

Sheet __**1**__ of __**2**__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re **Mark L Mysiewicz,**
       **Rosemary K Mysiewicz**
,
                                                Debtors

Case No. **10-16941**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Telephone Value: $10.00** | 11 U.S.C. § 522(d)(3) | 10.00 | 10.00 |
| **Cellular Telephone Value: $20.00** | 11 U.S.C. § 522(d)(3) | 20.00 | 20.00 |
| **Yard Landscaping Tools Value: $15.00** | 11 U.S.C. § 522(d)(3) | 15.00 | 15.00 |
| **DVD's Value: $15.00** | 11 U.S.C. § 522(d)(3) | 15.00 | 15.00 |
| **Wearing Apparel** | | | |
| **Adult Clothing #1 Value: $84.00** | 11 U.S.C. § 522(d)(3) | 84.00 | 84.00 |
| **Adult Clothing #2 Value: $83.00** | 11 U.S.C. § 522(d)(3) | 83.00 | 83.00 |
| **Adult Clothing #3 Value: $83.00** | 11 U.S.C. § 522(d)(3) | 83.00 | 83.00 |
| **Furs and Jewelry** | | | |
| **Wedding Rings; Watches; Costume Jewelry Value: $160.00** | 11 U.S.C. § 522(d)(4) | 160.00 | 160.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Camera Value: $20.00** | 11 U.S.C. § 522(d)(3) | 20.00 | 20.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Mutual of Omaha 401K Husband - Value: $6,483.45** | 11 U.S.C. § 522(d)(12) | 6,483.45 | 6,483.45 |
| **Teachers Retirement Account Value: $124,750.00** | 11 U.S.C. § 522(d)(12) | 124,750.00 | 124,750.00 |
| **American Funds IRA Value: $31,976.18** | 11 U.S.C. § 522(d)(12) | 31,976.18 | 31,976.18 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2000 BMW 323CI; KBB VALUE: $5,735.00** Vehicle Owned Free and Clear | 11 U.S.C. § 522(d)(2) | 5,735.00 | 5,735.00 |
| **2001 BUICK CENTURY CUSTOM KBB VALUE: $1,830.00** Vehicle Owned Free and Clear | 11 U.S.C. § 522(d)(2) <br> 11 U.S.C. § 522(d)(5) | 1,165.00 <br> 665.00 | 1,830.00 |
| **2004 HYUNDAI ACCENT GL KBB VALUE: $2,625.00** Vehile Owned Free and Clear | 11 U.S.C. § 522(d)(5) | 2,625.00 | 2,625.00 |
| **Animals** | | | |
| **1 Dog Value: $25.00** | 11 U.S.C. § 522(d)(3) | 25.00 | 25.00 |
| **1 Cat Value: $25.00** | 11 U.S.C. § 522(d)(3) | 25.00 | 25.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **2009 Income Tax Refund: $19,949.00** | 11 U.S.C. § 522(d)(5) <br> 11 U.S.C. § 522(d)(1) | 10,768.31 <br> 9,180.69 | 19,949.00 |
| | Total: | **202,259.29** | **594,759.29** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

**B6D (Official Form 6D) (12/07)**

In re　**Mark L Mysiewicz,**　　　　　　　　　　　　　　　　　　　　　　　Case No.　**10-16941**
　　　**Rosemary K Mysiewicz**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0900** <br><br> **Chase** <br> **P.O. Box 78420** <br> **Phoenix, AZ 85062-8420** | | J | **1/2008** <br> **First Mortgage** <br> **1800 sq ft 3 bedroom, 2.5 bathroom SFR with detached 2.5 car garage. Monthly payment $4,167.74 No Arrearages Current Zillow Valuation: $392,500.00** <br> **Location: 2838 W. Eastwood Avenue** | | | | | |
| | | | Value $　　　**392,500.00** | | | | **508,794.56** | **116,294.56** |
| Account No. **xxxxxx4431** <br><br> **Harris N.A.** <br> **P.O. Box 6201** <br> **Carol Stream, IL 60197-6201** | | J | **4/2008** <br> **Second Mortgage** <br> **1800 sq ft 3 bedroom, 2.5 bathroom SFR with detached 2.5 car garage. Monthly payment $4,167.74 No Arrearages Current Zillow Valuation: $392,500.00** <br> **Location: 2838 W. Eastwood Avenue** | | | | | |
| | | | Value $　　　**392,500.00** | | | | **120,657.91** | **120,657.91** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0**　continuation sheets attached

| | Subtotal (Total of this page) | **629,452.47** | **236,952.47** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **629,452.47** | **236,952.47** |

B6E (Official Form 6E) (4/10)

In re **Mark L Mysiewicz,**
   **Rosemary K Mysiewicz**
   ,
   Debtors

Case No. **10-16941**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0** continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re **Mark L Mysiewicz,**
     **Rosemary K Mysiewicz** ,
                    Debtors

Case No. **10-16941**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Broadview Security, Inc.**<br>**8880 Esters Blvd**<br>**Irving, TX 75063** | **Home Security System monthly service fee $38.00**<br>**Formerly Brinks** |
| **Comcast**<br>**4851 N. Milwaukee**<br>**Chicago, IL 60630** | **Cable TV/Internet/Home Telephone (Bundled Service) monthly service fee: $230.00** |
| **Verizon**<br>**777 Big Timber Road**<br>**Elgin, IL 60123** | **Cellular Telephone $230.00 Monthly Service Fee** |

    **0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re  **Mark L Mysiewicz,**
      **Rosemary K Mysiewicz**
                                                                    ,
                                    Debtors

Case No. __**10-16941**_____

# SCHEDULE H - CODEBTORS

　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
_____ continuation sheets attached to Schedule of Codebtors

**B6I (Official Form 6I) (12/07)**

In re **Mark L Mysiewicz**
**Rosemary K Mysiewicz**
Debtor(s)

Case No. **10-16941**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** | AGE(S): **26** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Teacher** |
| Name of Employer | **Unemployed** | **Deerfield Public Schools, D109** |
| How long employed | | **26 years 8 months** |
| Address of Employer | | **517 Deerfield Rd** <br> **Deerfield, IL 60015** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **1,062.00** | $ **11,010.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **1,062.00** | $ **11,010.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ **105.37** | $ **2,106.00** |
|    b. Insurance | $ **0.00** | $ **0.00** |
|    c. Union dues | $ **0.00** | $ **63.00** |
|    d. Other (Specify) **See Detailed Income Attachment** | $ **47.26** | $ **2,557.22** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **152.63** | $ **4,726.22** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **909.37** | $ **6,283.78** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): **Unemployment Comp $531.00 per week** | $ **2,124.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **2,124.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **3,033.37** | $ **6,283.78** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **9,317.15** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Expect a decrease in income for Debtor. Unemployment Compensation will end in June 2010**
    **\*Taxes for Debtor wages were obtained through www.Paycheckcity.com**

**B6I (Official Form 6I) (12/07)**

In re **Mark L Mysiewicz**
**Rosemary K Mysiewicz**
Debtor(s)

Case No. **10-16941**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
## Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---:|---:|
| Medical/Dental/Insurance | $ 0.00 | $ 830.78 |
| Pension/Retirement | $ 0.00 | $ 1,034.94 |
| Credit Union | $ 0.00 | $ 353.28 |
| Flex Spending | $ 0.00 | $ 250.00 |
| BRD SHR SDENT | $ 0.00 | $ 11.46 |
| BRD SHR THIS | $ 0.00 | $ 34.68 |
| BRD SHR TAX LIF | $ 0.00 | $ 2.88 |
| LONG TERN DISAB | $ 0.00 | $ 7.27 |
| TRS BENEFIT | $ 0.00 | $ 31.93 |
| MEDICARE | $ 15.40 | $ 0.00 |
| ILLINOIS STATE TAXES | $ 31.86 | $ 0.00 |
| **Total Other Payroll Deductions** | **$ 47.26** | **$ 2,557.22** |

B6J (Official Form 6J) (12/07)

In re **Mark L Mysiewicz**
**Rosemary K Mysiewicz**
Debtor(s)

Case No. **10-16941**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,611.00 |
| a. Are real estate taxes included? Yes **X** No ___ | | |
| b. Is property insurance included? Yes **X** No ___ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 257.00 |
| b. Water and sewer | $ | 33.45 |
| c. Telephone | $ | 200.00 |
| d. Other **Cable TV/Internet/Telephone** | $ | 230.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 88.00 |
| 4. Food | $ | 650.00 |
| 5. Clothing | $ | 75.00 |
| 6. Laundry and dry cleaning | $ | 35.00 |
| 7. Medical and dental expenses | $ | 1,209.77 |
| 8. Transportation (not including car payments) | $ | 210.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 33.33 |
| b. Life | $ | 76.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 169.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other **2nd Mortgage (Interest Only Payment)** | $ | 465.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **See Detailed Expense Attachment** | $ | 3,080.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 11,572.55 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
**Debtors are surrendering their Real Property. The future monthly rent is 1, 875.00 beginning in May of 2010.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ | 9,317.15 |
| b. Average monthly expenses from Line 18 above | $ | 11,572.55 |
| c. Monthly net income (a. minus b.) | $ | -2,255.40 |

**B6J (Official Form 6J) (12/07)**

In re **Mark L Mysiewicz**
**Rosemary K Mysiewicz**
Debtor(s)

Case No. **10-16941**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Detailed Expense Attachment**

**Other Expenditures:**

| | |
|---|---|
| **Personal Care Items + Salon Care** | $ 280.00 |
| **Yoga Class** | $ 150.00 |
| **Miscellaneous Expenses** | $ 100.00 |
| **Student Loans** | $ 2,550.00 |
| **Total Other Expenditures** | $ 3,080.00 |