Certificate Number: 06531-ILN-DE-010896983

Bankruptcy Case Number: 10-16941

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on May 8, 2010, at 4:32 o'clock PM CDT, Mark L Mysiewicz completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: May 8, 2010    By    /s/Abby Skonseng

Name    Abby Skonseng

Title    Credit Counselor