# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re:   Mark L. Mysiewicz | ) | 10 B 16941 |
| Rosemary K. Mysiewicz | ) | |
| Debtor(s) | ) | **Judge Pamela S. Hollis** |

### Order Dismissing Case for Ineligibility

This matter coming to be heard on the motion of Marilyn O Marshall, Standing Trustee, notice having been properly given and for cause:

**IT IS HEREBY ORDERED:**

This case is dismissed based on the ineligibility of Debtor(s) under §109(h)(3).

_____
Pamela S. Hollis
US Bankruptcy Judge

DATED:_____

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan Ave.
Suite 800
Chicago, Illinois 60604
312-431-1300