# UNITED STATES BANRKUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE MARK AND ROSEMARY Mysiewicz | ) ) | No. 1:10-bk-16941 |
| Debtors. | ) | |

## Notice of Motion to Voluntarily Dismiss Bankruptcy Without Prejudice

Comes now debtors, Mark and Rosemary Mysiewicz, and hereby voluntarily dismiss their previously filed Chapter 13 bankruptcy petition, Case No. 10-bk-16941.

We respectfully request the Court to set the hearing date on the upcoming June 14, 2010 confirmation date in this matter.

*/s/ Nancy J. Cox*

Nancy J. Cox, Esq.
Law Offices of Nancy Jill Cox, LLC
One South Dearborn, Suite 2100
Chicago, Illinois 60660
(312)805-7300